**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 22-cv-5808<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey Cole** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Rinne Corp. ("Rinne") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Rinne's Motion in part as follows.

This Court finds Rinne has provided notice to Defendants in accordance with the Temporary Restraining Order entered October 31, 2022, (Dkt. 27-28) ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Rinne has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and

counterfeit versions of Rinne's federally registered trademarks (the "Rinne Trademarks") and copyrighted marketing material ("Copyrighted Material") to residents of Illinois. In this case, Rinne has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Rinne Trademarks and Copyrighted Material. *See* Docket Nos. 14-16, which include screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Rinne Trademarks and Copyrighted Material.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Rinne's previously granted Motion for Entry of a TRO establishes that Rinne has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Rinne will suffer irreparable harm if the injunction is not granted.

Specifically, Rinne has proved a *prima facie* case of trademark infringement because (1) the Rinne Trademarks are distinctive marks registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the Rinne Trademarks, and (3) Defendants' use of the Rinne Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Rinne.

Further, Rinne has proved a *prima facie* case of copyright infringement because (1) Rinne owns valid copyrights in the Copyrighted Material, (2) the products sold by the

2

Defendants are advertised with the same or substantially similar marketing materials as Rinne's Copyrighted Material, and (3) Defendants have had access to Rinne's Copyrighted Material.

Furthermore, Defendants' continued and unauthorized use of the Rinne Trademarks and Copyrighted Material irreparably harms Rinne through diminished goodwill and brand confidence, damage to Rinne's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Rinne has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Rinne Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Rinne product or not authorized by Rinne to be sold in connection with the Rinne Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Rinne product or any other product produced by Rinne, that is not Rinne's or not produced under the authorization, control, or supervision of Rinne and approved by Rinne for sale under the Rinne Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Rinne, or are sponsored by, approved by, or otherwise connected with Rinne;

d.   reproducing, publicly displaying, distributing, or otherwise further infringing Rinne' copyrights in the Copyrighted Material; and

e.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Rinne, nor authorized by Rinne to be sold or offered for sale, and which bear any of Rinne's trademarks, including the Rinne Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2.   Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.   The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4.   Upon Rinne's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"),

Walmart, Inc. ("Walmart"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Rinne expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Walmart, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.      Upon Rinne's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants

in connection with (i) the sale of counterfeit and infringing goods using the Rinne Trademarks; and (ii) the reproduction, public display, distribution, or other use of Rinne's Copyrighted Material.

6. Any Third-Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

  a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

  b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Rinne may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Shenzhen Twosuccess Electronic Co., Ltd. (Plus) and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all

circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Exhibits 1 and 2 to Rinne's Complaint (Docket Nos. 2 and 3), Rinne's Amended Complaint and Exhibits 1-3 thereto (Docket Nos. 5 through 5-3), Schedule A to the Complaint and Amended Complaint (Docket Nos. 4 and 5-4), Rinne's Motion for Temporary Restraining Order and Memorandum in support thereof (Docket Nos. 8 and 9), the Declaration of Nickolas Rinne (Docket No. 13), and Exhibits 1 through 4MMM thereto (Docket Nos. 13-1 through 16-13), Rinne's Notice of Trademark Claim (Docket No. 6), Rinne's Completed Trademark Request Letter (Docket No. 25), and the TRO (Docket No. 28) are unsealed.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

SO ORDERED:

**Mary M. Rowland**
United States District Judge

Dated: November 28, 2022

# Schedule A

| Def. No. | Market | Merchant Name | Product ID |
|---|---|---|---|
| [redacted] | | | |

































[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| 346 | Amazon | Qiaoyi Trading | B09DGNTK68 |
| 347 | Amazon | Global Coin | B09PF691Q6 |
| 347 | Amazon | Global Coin | B09PF5LJLH |
| 347 | Amazon | Global Coin | B09PF41684 |
| 347 | Amazon | Global Coin | B09PF3MFB7 |
| 347 | Amazon | Global Coin | B09PF3YJ9Y |
| 347 | Amazon | Global Coin | B0B1BP8LFN |
| 348 | Amazon | Musicianhuan | B094JGGWK9 |
| 349 | Amazon | weiyuqin | B09N8PXRKW |
| 350 | Amazon | Haokanger | B09968VGFN |
| 351 | Amazon | guihome | B09NVTJP1T |
| 352 | Amazon | Dackombe | B09KHKHZB5 |
| 353 | Amazon | Welly-US | B09NL24W43 |
| 354 | Amazon | abcdefggg | B09NJLGQHV |
| 354 | Amazon | abcdefggg | B09LHF2HQG |
| 354 | Amazon | abcdefggg | B09QCCCTWG |
| 355 | Amazon | Langyuan | B09GFDTG4L |
| 356 | Amazon | SYSESAIL | B09LZ2K5Q7 |
| 356 | Amazon | SYSESAIL | B09MM3HFBH |
| 356 | Amazon | SYSESAIL | B09NPMSHBT |
| 356 | Amazon | SYSESAIL | B09MKXM9DX |
| 356 | Amazon | SYSESAIL | B09ZRSH9MD |
| 356 | Amazon | SYSESAIL | B09ZRLWBVL |
| 357 | Amazon | HIYABOPO Store | B09CNRKSKB |
| 357 | Amazon | HIYABOPO Store | B09CNS9GQ1 |
| 358 | Amazon | xgunin001 | B094YGQ8W7 |
| 359 | Amazon | SONBOL-US | B09G6HS3CY |
| 360 | Amazon | Cinda Home Store | B09NTQMWMN |
| 361 | Amazon | AUXKO | B09YQ572NT |
| 361 | Amazon | AUXKO | B09SDX9YDM |

| 362 | Amazon | thatsnoty | B09NDGHKM7 |
|---|---|---|---|
| 363 | Amazon | bestchoice2012 | B09NPQZBW8 |
| 363 | Amazon | bestchoice2012 | B09T78GVGW |
| 364 | Amazon | zhengzhouairunshangmaoyouxiangongsi | B098DHC7B6 |
| 364 | Amazon | zhengzhouairunshangmaoyouxiangongsi | B098DHBKRB |
| 364 | Amazon | zhengzhouairunshangmaoyouxiangongsi | B098DH869F |
| 364 | Amazon | zhengzhouairunshangmaoyouxiangongsi | B098DHL3QQ |
| 365 | Amazon | HUAPUDAUS | B09JCBGPCS |
| 365 | Amazon | HUAPUDAUS | B09JCCM8QQ |
| 365 | Amazon | HUAPUDAUS | B09JCCQK28 |
| 366 | Amazon | AAW Home | B0957KMXMT |
| 366 | Amazon | AAW Home | B0957KK6GX |
| 366 | Amazon | AAW Home | B0957K78SM |
| 366 | Amazon | AAW Home | B0957MJ2WP |
| 367 | Amazon | poerter | B09LQWMBX2 |
| 367 | Amazon | poerter | B09NPSSDLD |
| 368 | Amazon | ruianshizhuangzhengguojimaoyiyouxiangongsi | B09SL5D75G |
| 368 | Amazon | ruianshizhuangzhengguojimaoyiyouxiangongsi | B09SKVR7K3 |
| 368 | Amazon | ruianshizhuangzhengguojimaoyiyouxiangongsi | B09LRX1DC9 |
| 369 | Amazon | Horse X Insect shop | B093ZBLYP6 |
| 370 | Amazon | NuoWenErMaoYi | B097968MV6 |
| 371 | Amazon | YUELAI-EC | B09Q8JHGLF |
| 372 | Amazon | MOTICREATIONS | B09QBVCSW6 |
| 373 | Amazon | zysthyzy | B094NS73VG |
| 373 | Amazon | zysthyzy | B096VK1NYZ |
| 374 | Amazon | Bhinna | B0949HZKY2 |
| 375 | Amazon | MILU-US | B0992MV1S6 |
| 376 | Amazon | shi xue jie | B09VBBDMVW |
| 377 | Amazon | WENZHENRONGRIBENDIAN | B09Q322DZ9 |
| 378 | Amazon | bestcost | B09QG4HNB6 |
| 378 | Amazon | bestcost | B09GYCTVXJ |
| 379 | Amazon | ankeniaodianzishangwu | B095SD7SZX |
| 380 | Amazon | Ale Direct | B09K3YVKXY |
| 380 | Amazon | Ale Direct | B0B2ZQRT2T |
| 380 | Amazon | Ale Direct | B0B2DG3WPJ |
| 380 | Amazon | Ale Direct | B09K3TL1HG |
| 380 | Amazon | Ale Direct | B09H6NPXP5 |
| 381 | Amazon | F.EASY.D | B09NBWW9Q8 |
| 381 | Amazon | F.EASY.D | B09NBVPRFM |

| 381 | Amazon | F.EASY.D | B09NBYBT2S |
|-----|--------|----------|-----------|
| 382 | Amazon | kyliNG | B0963SRLCY |
| 383 | Amazon | Jaleo A-Z Store | B09MDJNN76 |
| 383 | Amazon | Jaleo A-Z Store | B09MDLB7H1 |
| 383 | Amazon | Jaleo A-Z Store | B09MDKH1NS |
| 384 | Amazon | ohcoolstule_15 | B09NRDL1LV |
| 384 | Amazon | ohcoolstule_15 | B09NRDVDG6 |
| 384 | Amazon | ohcoolstule_15 | B09NRG3WTC |
| 385 | Amazon | Semino Direct | B09GW6QDW2 |
| 385 | Amazon | Semino Direct | B09GW4N18G |
| 386 | Amazon | Shangcidao | B09ZL9NR73 |
| 387 | Amazon | beixiaojin | B09H7M4DQL |
| 388 | Amazon | WYH select | B09NQLJ11N |
| 388 | Amazon | WYH select | B09LM4TKL1 |
| 388 | Amazon | WYH select | B09T3BDR9H |
| 389 | Amazon | starshine2 | B09M6CHSFM |
| 390 | Amazon | 51dakiz | B09NVQ8N92 |
| 390 | Amazon | 51dakiz | B09NVQMT42 |
| 390 | Amazon | 51dakiz | B09NVQCDL5 |
| 391 | Amazon | Prohomaker | B094C1282C |
| 392 | Amazon | QINGFENGSHOP | B09L14XLRP |
| 392 | Amazon | QINGFENGSHOP | B09L13X7K4 |
| 392 | Amazon | QINGFENGSHOP | B09L1446N7 |
| 393 | Amazon | BQYPOWER | B0B1V1HM2Y |
| 394 | Amazon | zhongjiudianzishangwu | B09C1M17TY |
| 395 | Amazon | SOITPOP Direct | B09JGPKZBD |
| 395 | Amazon | SOITPOP Direct | B09M89862L |
| 395 | Amazon | SOITPOP Direct | B098X8SMCH |
| 396 | Amazon | hzyl88 | B09NLJ6L84 |
| 397 | Amazon | JUEFENG | B09BNBHMWF |
| 397 | Amazon | JUEFENG | B09KBH2JCN |
| 398 | Amazon | XiaoBoss | B09SPZ9TLH |
| 398 | Amazon | XiaoBoss | B09SPY1LL1 |
| 399 | Amazon | Sparetire | B09S5NC6ZY |
| 399 | Amazon | Sparetire | B09S5NTZG5 |
| 399 | Amazon | Sparetire | B09YTZ61J3 |
| 400 | Amazon | urgexiong | B09PDCMF1J |
| 400 | Amazon | urgexiong | B09PCZHWFM |
| 400 | Amazon | urgexiong | B0B2QDQBXN |

| 400 | Amazon | urgexiong | B0B2QGZ97K |
|-----|--------|-----------|------------|
| 401 | Amazon | Sayring | B096FWWCN8 |
| 402 | Amazon | zhongxiangshilitashangmaoyouxiangongsi | B097STFSXF |
| 402 | Amazon | zhongxiangshilitashangmaoyouxiangongsi | B097STVVXY |
| 403 | Amazon | GEZIPENG | B09V6TFXCW |
| 403 | Amazon | GEZIPENG | B09V6T1F77 |
| 403 | Amazon | GEZIPENG | B09V6RTMBM |
| 403 | Amazon | GEZIPENG | B09V6SBRCW |
| 404 | Amazon | fangfang521 | B09HRRBGBV |
| 404 | Amazon | fangfang521 | B09HRR65X5 |
| 405 | Amazon | Gojiny2019 | B09HV6V6PP |
| 406 | Amazon | Anglai-US | B09TFFPBS9 |
| 407 | Amazon | haretane | B095YRRF9W |
| 408 | Amazon | ZGANGZ | B09PQQ6ZRS |
| 408 | Amazon | ZGANGZ | B09PQL4LTS |
| 408 | Amazon | ZGANGZ | B09PQ98PTJ |
| 409 | Amazon | Xiaosan-US | B09YJ27RKM |
| 410 | Amazon | zhenyuanliutijoy | B09SKKY3YM |
| 411 | Amazon | yuweione | B094CT33LD |
| 412 | Amazon | Hu Jiang01 | B0964S7X2F |
| 413 | Amazon | CHENGDYSM | B09GPB1RWW |
| 413 | Amazon | CHENGDYSM | B09GPCBTG8 |
| 413 | Amazon | CHENGDYSM | B09XXXCXMC |
| 413 | Amazon | CHENGDYSM | B09XXXW6ZF |
| 414 | Amazon | MYQ-US | B09TFCD128 |
| 415 | Amazon | iSmartPart | B09JZ6JFPK |
| 416 | Amazon | Oumiu | B09QM7R72Q |
| 417 | Amazon | Dirinerstore | B09NSBBYYY |
| 418 | Amazon | SUNNYBUY | B098QZRYD3 |
| 419 | Amazon | Just_in_Time | B0963M1QDZ |
| 419 | Amazon | Just_in_Time | B0963L7BJF |
| 420 | Amazon | MoonGirls (Fast Shipping 7-15 Days ) | B09TFBQFH4 |
| 420 | Amazon | MoonGirls (Fast Shipping 7-15 Days ) | B09TF94RSH |
| 420 | Amazon | MoonGirls (Fast Shipping 7-15 Days ) | B09TF8V4V4 |
| 421 | Amazon | Qinqinzi-US | B097D3N4RT |
| 422 | Amazon | tunchangxianliukaiyangdianzishangwuyouxiangongsi | B09XMPRN4B |
| 422 | Amazon | tunchangxianliukaiyangdianzishangwuyouxiangongsi | B09XMP8SLF |
| 423 | Amazon | SUPAUMA STORE | B09PC24X89 |

| 424 | Amazon | ZAMY | B097MMZH2Z |
|-----|--------|------|------------|
| 425 | Amazon | Runde-US | B09ZF8N26K |
| 426 | Amazon | wenchangshidonghanquandianzishangwuyouxian gongsi | B09YHNL6JL |
| 426 | Amazon | wenchangshidonghanquandianzishangwuyouxian gongsi | B09ZGZ2XHS |
| 426 | Amazon | wenchangshidonghanquandianzishangwuyouxian gongsi | B09YHHY5JB |
| 426 | Amazon | wenchangshidonghanquandianzishangwuyouxian gongsi | B09YHN6LL7 |
| 426 | Amazon | wenchangshidonghanquandianzishangwuyouxian gongsi | B09ZTPD9Q2 |
| 427 | Amazon | Qicheng-US | B094Y8PNGZ |
| 427 | Amazon | Qicheng-US | B09K3XG4YC |
| 427 | Amazon | Qicheng-US | B09J2C5MWQ |
| 427 | Amazon | Qicheng-US | B09PG9BT7H |
| 428 | Amazon | Overlord Silk | B097T7CW7S |
| 428 | Amazon | Overlord Silk | B097T7TP7L |
| 428 | Amazon | Overlord Silk | B097T5QBH7 |
| 429 | Amazon | XB Tech US | B09WVHD5D7 |
| 430 | Amazon | shangmao-yy | B096RB9BH2 |
| 430 | Amazon | shangmao-yy | B096RBKBFN |
| 430 | Amazon | shangmao-yy | B096RBY77J |
| 430 | Amazon | shangmao-yy | B096RB75R9 |
| 430 | Amazon | shangmao-yy | B096RD76JR |
| 430 | Amazon | shangmao-yy | B096R97KCM |
| 430 | Amazon | shangmao-yy | B096RBCFB8 |
| 430 | Amazon | shangmao-yy | B096R9L3CN |
| 430 | Amazon | shangmao-yy | B096RB98FF |
| 431 | Amazon | GJ2019 | B094FNHFHM |
| 432 | Amazon | Pirosim store | B09T6VM84N |
| 433 | Amazon | LeLiShangHang | B09Y5V7G6M |
| 434 | Amazon | heisedabai | B09B5553JV |
| 435 | Amazon | IKADEER | B095YNW2VR |
| 435 | Amazon | IKADEER | B09KTKBT95 |
| 436 | Amazon | TechVibe(USA) | B09KCCQJ8P |
| 436 | Amazon | TechVibe(USA) | B09KC91JL1 |
| 436 | Amazon | TechVibe(USA) | B09KC9T71X |
| 436 | Amazon | TechVibe(USA) | B09KC8P87W |
| 437 | Amazon | Mansiday | B09VTLML6T |
| 438 | Amazon | Velaurs-US | B095W52Y92 |

| 439 | Amazon | AIFEIRIC | B09MBNV7L8 |
|-----|--------|----------|------------|
| 440 | Amazon | APMRUMGO US | B09C5ZSXDT |
| 440 | Amazon | APMRUMGO US | B09BQ89DPK |
| 440 | Amazon | APMRUMGO US | B0B155R5F2 |
| 441 | Amazon | Dayan Flower Alley | B09CZ9SQM6 |
| 442 | Amazon | XSG | B09MK96H8X |
| 443 | Amazon | gustassi | B099ZPYRGC |
| 444 | Amazon | Vess Store | B097S159N2 |
| 444 | Amazon | Vess Store | B097S23JGV |
| 444 | Amazon | Vess Store | B097S1J73F |
| 444 | Amazon | Vess Store | B097S2Q9K8 |
| 444 | Amazon | Vess Store | B097S2J2H7 |
| 444 | Amazon | Vess Store | B097S2239N |
| 444 | Amazon | Vess Store | B097S26FCQ |
| 444 | Amazon | Vess Store | B097RZS6HW |
| 444 | Amazon | Vess Store | B097S159YY |
| 444 | Amazon | Vess Store | B097S2HQW2 |
| 444 | Amazon | Vess Store | B097RZ9JX6 |
| 444 | Amazon | Vess Store | B097S373SG |
| 445 | Amazon | YunQin | B09JC9269N |
| 446 | Amazon | topnoble | B09KLKNCMN |
| 446 | Amazon | topnoble | B09H2PVPFQ |
| 446 | Amazon | topnoble | B09TF8PBXG |
| 446 | Amazon | topnoble | B09XJSTNB3 |
| 447 | Amazon | Mavonne Store | B09XDG9HXC |
| 448 | Amazon | Shouken. | B0B1WFPWWJ |
| 448 | Amazon | Shouken. | B0B1WH4DN4 |
| 449 | Amazon | shangdu | B094D5R9XN |
| 450 | Amazon | DXDUS | B094XR2KS7 |
| 450 | Amazon | DXDUS | B094XKGRZF |
| 450 | Amazon | DXDUS | B094X7JYP4 |
| 450 | Amazon | DXDUS | B094WXC45G |
| 450 | Amazon | DXDUS | B094XG2234 |
| 450 | Amazon | DXDUS | B094XMNC14 |
| 450 | Amazon | DXDUS | B094XK5HW1 |
| 450 | Amazon | DXDUS | B094X7CHG1 |
| 450 | Amazon | DXDUS | B094XFFLS8 |
| 450 | Amazon | DXDUS | B094XPB83W |
| 450 | Amazon | DXDUS | B094XDHTNP |

| 450 | Amazon | DXDUS | B094XKPMPM |
|---|---|---|---|
| 451 | Amazon | MeiTianMI | B09MT64MF7 |
| 452 | Amazon | SXRE com | B09SDC8CG2 |
| 453 | Amazon | 莆田市涵江区大智日用品店 (Dazhi Commodity Store, Hanjiang District, Putian City) | B09N8Y9HZ6 |
| 453 | Amazon | 莆田市涵江区大智日用品店 (Dazhi Commodity Store, Hanjiang District, Putian City) | B09TQBP9K2 |
| 453 | Amazon | 莆田市涵江区大智日用品店 (Dazhi Commodity Store, Hanjiang District, Putian City) | B09N8LQRRM |
| 453 | Amazon | 莆田市涵江区大智日用品店 (Dazhi Commodity Store, Hanjiang District, Putian City) | B09TQC7WTJ |
| 454 | Amazon | 沈阳启虹网络科技有限公司 (Shenyang Qihong Network Technology Co., Ltd.) | B09443GQB6 |
| 455 | Amazon | Xun HJ | B094DC3MQ4 |
| 455 | Amazon | Xun HJ | B09C1LKTRF |
| 455 | Amazon | Xun HJ | B099WX71P7 |
| 455 | Amazon | Xun HJ | B099WWZLSC |
| 455 | Amazon | Xun HJ | B09KR9Q9RY |
| 455 | Amazon | Xun HJ | B09C1N9R8W |
| 455 | Amazon | Xun HJ | B09KR8G35G |
| 455 | Amazon | Xun HJ | B097G4KP9K |
| 455 | Amazon | Xun HJ | B09C1MXYXP |
| 456 | Amazon | ACTICO | B09NSGQHX5 |
| 457 | Amazon | xueyixing7845 | B09VXR2HL4 |
| 458 | Amazon | tutuyouyou | B09H2T4XW4 |
| 458 | Amazon | tutuyouyou | B09H2SC2B3 |
| 458 | Amazon | tutuyouyou | B09H2T1R9Q |
| 459 | Amazon | LIEWX. | B09ZGXSS1M |
| 460 | Amazon | Xmas Vingtank | B095SP933W |
| 461 | Amazon | Ruiqas2019 | B09ZY85KVB |
| 461 | Amazon | Ruiqas2019 | B09ZY7YQXF |
| 462 | Amazon | Yuranda | B096DZJGS3 |
| 462 | Amazon | Yuranda | B096F1HQ98 |
| 463 | Amazon | SINGANY | B093ZYPX65 |
| 464 | Amazon | CHENG SHI YE GUANG | B09GKLZQG4 |
| 465 | Amazon | Nhi Pay SS | B09GLSWTC9 |
| 466 | Amazon | OKNice | B09RQPPM6W |
| 466 | Amazon | OKNice | B09MRZLG4C |
| 466 | Amazon | OKNice | B09RQPKM25 |
| 467 | Amazon | STAH STORE | B09XKMPG6K |

| 468 | Amazon | tiansisidedianpu | B09JMLGRDK |
|-----|--------|------------------|------------|
| 468 | Amazon | tiansisidedianpu | B09MFJHVG5 |
| 469 | Amazon | The Jesco Group | B09P5M7KDJ |
| 469 | Amazon | The Jesco Group | B09N18ZK17 |
| 470 | Amazon | GuangZhouMaoGouMaoYiYouXianGongSi | B09SKDVFKQ |
| 471 | Amazon | TrapCast | B09MNPQ83N |
| 472 | Amazon | hjidfhius | B09DVVP3GW |
| 472 | Amazon | hjidfhius | B09DVWCJNV |
| 472 | Amazon | hjidfhius | B09DVVW6JG |
| 473 | Amazon | Yuechenchen | B09GVSFG9V |
| 474 | Amazon | Ipoouer | B094QY5GHC |
| 474 | Amazon | Ipoouer | B094R2HTQK |
| 474 | Amazon | Ipoouer | B094R2MWS1 |
| 475 | Amazon | zhejiangsuguningdianzishangwuyouxiangongsi | B09SXYKG26 |
| 476 | Amazon | The Lonely Warrior's Department Store | B0B4J5X1LW |
| 477 | Amazon | MYMONEYUSA | B0B4FSSN5P |
| 478 | Amazon | YMshopshop | B09S5PVV83 |
| 479 | Amazon | Martion Healthy | B09SNQD3VW |
| 480 | Amazon | ertenyii | B09J51PXJG |
| 481 | Amazon | Dealer deal | B093WHSS78 |
| 482 | Amazon | Owlike | B095S3JYWN |
| 483 | Amazon | DAADSF011 | B099DVCBZ1 |
| 483 | Amazon | DAADSF011 | B09B5WLDJT |
| 484 | Amazon | thorme | B09Q23PTRT |
| 485 | Amazon | yuiknmd | B0949HMQPY |
| 485 | Amazon | yuiknmd | B0949LGKJX |
| 485 | Amazon | yuiknmd | B0949L5425 |
| 485 | Amazon | yuiknmd | B0949LYWZC |
| 486 | Amazon | OhhGo Store US | B095S6BVCF |
| 487 | Amazon | SAIWENG | B09TKCCWJV |
| 487 | Amazon | SAIWENG | B09TKC3SXD |
| 488 | Amazon | Yanpeng store sells well | B097RP416W |
| 488 | Amazon | Yanpeng store sells well | B097RMTRFF |
| 488 | Amazon | Yanpeng store sells well | B097RP6J4H |
| 488 | Amazon | Yanpeng store sells well | B097RP97KY |
| 488 | Amazon | Yanpeng store sells well | B097RNVJLZ |
| 488 | Amazon | Yanpeng store sells well | B097RNWCPT |
| 488 | Amazon | Yanpeng store sells well | B097RN2TNC |
| 488 | Amazon | Yanpeng store sells well | B097RPLPK1 |

| 488 | Amazon | Yanpeng store sells well | B097RPFQXS |
| 489 | Amazon | SQTTech | B0948YXG4L |
| 490 | Amazon | Tikfoam Store | B09N6NGTDY |
| 491 | Amazon | Huapuda US | B096XPQQY8 |
| 492 | Amazon | FDIHU-(7-18 Days Delivery) | B09SQ5H73M |
| 493 | Amazon | Huiyouyuan Shop | B00BAH3YX2 |
| 494 | Amazon | Yangtang daily necessities | B094HZ73X6 |
| 494 | Amazon | Yangtang daily necessities | B0949DP25Q |
| 495 | Amazon | infinite future 2 | B095LWM26S |
| 495 | Amazon | infinite future 2 | B095LWJD9R |
| 495 | Amazon | infinite future 2 | B095LXBPX5 |
| 495 | Amazon | infinite future 2 | B095LW515F |
| 495 | Amazon | infinite future 2 | B095LTJ8XP |
| 495 | Amazon | infinite future 2 | B095LSQ2B1 |
| 496 | Amazon | bangya | B0B12G746J |
| 496 | Amazon | bangya | B0B12CRLT4 |
| 496 | Amazon | bangya | B0B12CQSCL |
| 496 | Amazon | bangya | B0B12G4K51 |
| 497 | Amazon | BenRan | B09LLHP6TL |
| 498 | Amazon | HOMEhouse | B094CG1KX1 |
| 499 | Amazon | changshayijian | B09TVV95D5 |
| 500 | Amazon | RCHRK | B09WDF99RG |
| 501 | Amazon | longxifu | B09GVPNTHM |
| 502 | Amazon | Pubogg | B09N6ZFX8H |
| 503 | Amazon | Jinmi | B09J8MC381 |
| 503 | Amazon | Jinmi | B09H25FL18 |
| 503 | Amazon | Jinmi | B09J233BB9 |
| 503 | Amazon | Jinmi | B09K3Y2BJ8 |
| 503 | Amazon | Jinmi | B09H2GJ8R8 |
| 503 | Amazon | Jinmi | B09JWJRHQQ |
| 503 | Amazon | Jinmi | B09JWJW73F |
| 503 | Amazon | Jinmi | B09H2DKSYB |
| 503 | Amazon | Jinmi | B09J8GRTLL |
| 503 | Amazon | Jinmi | B09PG8LNYQ |
| 503 | Amazon | Jinmi | B09PG9TJ6H |
| 503 | Amazon | Jinmi | B09H2JQ45H |
| 504 | Amazon | DearFashion | B09BCG211X |
| 504 | Amazon | DearFashion | B09B3F7YFP |
| 505 | Amazon | LvLiangShiLiShiQuKangChenBaiHuoShangDian | B096MQXV4W |

| 506 | Amazon | LvLiangShiLiShiQuWeiTaoBaiHuoDian | B09CKBXF43 |
| 507 | Amazon | MINGWEIXIN | B09WR3KR4F |
| 508 | Amazon | ShanXiYanyanyuyudianzishangwuyouxiangongsi | B09TVG4H3N |
| 508 | Amazon | ShanXiYanyanyuyudianzishangwuyouxiangongsi | B09QG67F7C |
| 508 | Amazon | ShanXiYanyanyuyudianzishangwuyouxiangongsi | B09Z2NNWR6 |
| 508 | Amazon | ShanXiYanyanyuyudianzishangwuyouxiangongsi | B09XJVXMXV |
| 508 | Amazon | ShanXiYanyanyuyudianzishangwuyouxiangongsi | B09XJXGWR5 |
| 508 | Amazon | ShanXiYanyanyuyudianzishangwuyouxiangongsi | B09XJXXCHN |
| 508 | Amazon | ShanXiYanyanyuyudianzishangwuyouxiangongsi | B09XJWVW2P |
| 509 | Amazon | Jingkangsheng | B09PVGTV1S |
| 509 | Amazon | Jingkangsheng | B09PVFN929 |
| 510 | Amazon | BIG ISLAND MAN | B09B7BRTTZ |
| 510 | Amazon | BIG ISLAND MAN | B09LH3DM1W |
| 510 | Amazon | BIG ISLAND MAN | B09LXSF4JC |
| 510 | Amazon | BIG ISLAND MAN | B09PQQ92SZ |
| 510 | Amazon | BIG ISLAND MAN | B09LH17S8M |
| 510 | Amazon | BIG ISLAND MAN | B09Y29FNRV |
| 510 | Amazon | BIG ISLAND MAN | B09LH58YWM |
| 510 | Amazon | BIG ISLAND MAN | B09Y2C24QL |
| 510 | Amazon | BIG ISLAND MAN | B09LXX1QRT |
| 510 | Amazon | BIG ISLAND MAN | B09LXH1RRV |
| 510 | Amazon | BIG ISLAND MAN | B09Y2CZ4S7 |
| 511 | Amazon | TRUONGSON | B09SYSS1GK |
| 511 | Amazon | TRUONGSON | B09SYSJ64S |
| 512 | Amazon | Camtoms | B09HR4N24W |
| 513 | Amazon | EzyGenix | B09SKXN9XR |
| 514 | Amazon | LANGES Ltd | B09MHJ7QKH |
| 514 | Amazon | LANGES Ltd | B09MLW8932 |
| 514 | Amazon | LANGES Ltd | B09X6KY5WL |
| 515 | Amazon | E-Got | B09QC1JVQL |
| 515 | Amazon | E-Got | B09FF16JPJ |
| 515 | Amazon | E-Got | B09HKHJ633 |
| 515 | Amazon | E-Got | B09K53ZLSV |
| 515 | Amazon | E-Got | B09DK5G82Z |
| 516 | Amazon | xuanfengdianzikeji | B09ST3SNZX |
| 516 | Amazon | xuanfengdianzikeji | B09ST8YFYM |
| 517 | Amazon | Doukedges | B0963V6R3X |
| 518 | Amazon | MUYUE | B095Y7K4SV |
| 519 | Amazon | yesman direct | B09MT19TRT |

| 519 | Amazon | yesman direct | B09MSYVG17 |
| 520 | Amazon | Aerobest | B09NMDSNMV |
| 520 | Amazon | Aerobest | B09NM5CBQY |
| 520 | Amazon | Aerobest | B09NMDYMCL |
| 520 | Amazon | Aerobest | B09NMHJTKT |
| 520 | Amazon | Aerobest | B09NMDRD67 |
| 520 | Amazon | Aerobest | B09NM574BL |
| 520 | Amazon | Aerobest | B0B45G8DQ5 |
| 520 | Amazon | Aerobest | B0B45GD5WL |
| 521 | Amazon | Top RA | B09LV7217C |
| 522 | DHgate | wang69 | 740594034 |
| 522 | DHgate | wang69 | 740462287 |
| 523 | DHgate | houseclick_shop | 719283606 |
| 524 | DHgate | Sportsmove | 725422551 |
| 525 | DHgate | Xinyunxing888 | 762646214 |
| 526 | DHgate | Dh_goddess520 | 707891560 |
| 527 | DHgate | Welcome_dh520 | 748498311 |
| 528 | eBay | 0cn1570 | 185324307474 |
| 529 | eBay | 365bestdealmall | 175214390273 |
| 530 | eBay | 4-evergreen | 165183601340 |
| 530 | eBay | 4-evergreen | 165334910394 |
| 530 | eBay | 4-evergreen | 165183666871 |
| 530 | eBay | 4-evergreen | 154915669026 |
| 530 | eBay | 4-evergreen | 165366377248 |
| 531 | eBay | 7-magic | 325124226967 |
| 531 | eBay | 7-magic | 324889255747 |
| 531 | eBay | 7-magic | 324804842788 |
| 531 | eBay | 7-magic | 324887605884 |
| 532 | eBay | 7daysdeal.mall | 165353693315 |
| 533 | eBay | abdul--store | 353730932964 |
| 534 | eBay | abtwenshop | 313981464818 |
| 535 | eBay | aftzg773 | 354009243619 |
| 536 | eBay | al-id29 | 115225708948 |
| 537 | eBay | amazing-ps | 384783949452 |
| 538 | eBay | amla-uk | 185261519712 |
| 539 | eBay | anketion | 353930814562 |
| 540 | eBay | aosha_80 | 353793425261 |
| 540 | eBay | aosha_80 | 353793452426 |
| 541 | eBay | as-e-biz | 175016100321 |

| 542 | eBay | asmaokeea | 313871880220 |
|-----|------|-----------|--------------|
| 543 | eBay | autopower_us | 184994857996 |
| 544 | eBay | bartondaab | 284598056620 |
| 544 | eBay | bartondaab | 284548004748 |
| 544 | eBay | bartondaab | 284735590625 |
| 545 | eBay | ben-sell | 124838705534 |
| 546 | eBay | big_c_2015 | 194559817820 |
| 547 | eBay | bigbigau | 403661475308 |
| 548 | eBay | book.one | 354015268890 |
| 549 | eBay | bpvll9 | 194583658601 |
| 550 | eBay | briskyshop | 154844589888 |
| 551 | eBay | bungawansolo | 275251543259 |
| 552 | eBay | Cate_kids | 384492126240 |
| 553 | eBay | charma_2840 | 394070127308 |
| 554 | eBay | chigzzhuhua188 | 224940214738 |
| 555 | eBay | clothingdeals-003 | 403653751851 |
| 556 | eBay | cmybabee | 144178949240 |
| 556 | eBay | cmybabee | 144180168408 |
| 556 | eBay | cmybabee | 144503919173 |
| 557 | eBay | dachtek | 313775344912 |
| 558 | eBay | dadaudy0 | 353722728514 |
| 559 | eBay | damoeshop | 374054858304 |
| 559 | eBay | damoeshop | 374020892770 |
| 560 | eBay | danwen-xi | 275294171380 |
| 561 | eBay | dealshopmall123 | 234504282186 |
| 561 | eBay | dealshopmall123 | 234489961875 |
| 562 | eBay | delightfuldf | 402834453504 |
| 563 | eBay | demo1818 | 175039965407 |
| 564 | eBay | diostore-0 | 373695861958 |
| 565 | eBay | dolvlobshop1234 | 233999758638 |
| 565 | eBay | dolvlobshop1234 | 234034738289 |
| 566 | eBay | drmp-97 | 275259716216 |
| 567 | eBay | earwarm | 384783141645 |
| 568 | eBay | easy-life6 | 144413258644 |
| 568 | eBay | easy-life6 | 144342022960 |
| 569 | eBay | easynet-1 | 284519458263 |
| 570 | eBay | eledealgo | 393766556304 |
| 571 | eBay | eskanc-0 | 403279895214 |
| 572 | eBay | esky77 | 164908156988 |

| 573 | eBay | evargar0 | 373986658959 |
| 574 | eBay | fascinatedgoods | 265487779896 |
| 575 | eBay | feijie19 | 403648957049 |
| 575 | eBay | feijie19 | 403648956466 |
| 576 | eBay | freecart_shop | 294976123437 |
| 576 | eBay | freecart_shop | 294941113310 |
| 577 | eBay | freshmall3 | 144531439397 |
| 578 | eBay | fsdmall2021 | 313887922748 |
| 578 | eBay | fsdmall2021 | 313887957216 |
| 578 | eBay | fsdmall2021 | 313887951231 |
| 578 | eBay | fsdmall2021 | 313887955302 |
| 578 | eBay | fsdmall2021 | 313887921644 |
| 578 | eBay | fsdmall2021 | 313929307959 |
| 579 | eBay | gardenbuybuy | 363749974308 |
| 580 | eBay | generalspmarket | 203737415377 |
| 581 | eBay | gnanmoho_0 | 393628940341 |
| 582 | eBay | go2sports | 265670273383 |
| 583 | eBay | goingoutofbusiness100 | 185360973807 |
| 584 | eBay | greener-store | 313890529185 |
| 585 | eBay | greenhouseholdmarket2017 | 224727211903 |
| 586 | eBay | greensky-lifestyle | 195003180872 |
| 586 | eBay | greensky-lifestyle | 194626300156 |
| 586 | eBay | greensky-lifestyle | 194620629253 |
| 587 | eBay | halo-dreamhouse | 234287484578 |
| 588 | eBay | happy_shopping_life | 165026677267 |
| 589 | eBay | hftndbkn-3 | 265643688666 |
| 590 | eBay | hi-smartink | 234203435328 |
| 590 | eBay | hi-smartink | 234498463355 |
| 590 | eBay | hi-smartink | 234486871693 |
| 590 | eBay | hi-smartink | 234203417241 |
| 591 | eBay | hmnofficailstore | 234268514095 |
| 592 | eBay | homede1218 | 144534496512 |
| 593 | eBay | homedepotoutlet1 | 363843268929 |
| 594 | eBay | homefree-us | 393888981055 |
| 595 | eBay | homemadelk | 384304272283 |
| 596 | eBay | huabuwan2 | 234366113331 |
| 597 | eBay | huawenstore2087 | 353753316328 |
| 597 | eBay | huawenstore2087 | 393426366180 |
| 598 | eBay | huluseal | 304264507052 |

| 599 | eBay | hwickrama_store | 353490504150 |
|---|---|---|---|
| 600 | eBay | icepudding9 | 224732516626 |
| 600 | eBay | icepudding9 | 224964452132 |
| 601 | eBay | irsan-50 | 154868443527 |
| 601 | eBay | irsan-50 | 154914059530 |
| 602 | eBay | janakdionia_0 | 353971136274 |
| 603 | eBay | jasleny | 384820995014 |
| 604 | eBay | jaya-uditha | 373701349946 |
| 605 | eBay | jesac8066 | 284526485884 |
| 606 | eBay | jessaatoy | 134019963103 |
| 606 | eBay | jessaatoy | 134039717633 |
| 607 | eBay | josh-2265 | 393980410277 |
| 607 | eBay | josh-2265 | 393970789851 |
| 608 | eBay | junyuh98 | 185387784499 |
| 608 | eBay | junyuh98 | 185420715688 |
| 608 | eBay | junyuh98 | 185420715678 |
| 609 | eBay | kinglcgood | 184820584614 |
| 610 | eBay | kodmar_68 | 384788784282 |
| 611 | eBay | koko-emart | 154967096239 |
| 612 | eBay | kr.asel | 334001044916 |
| 613 | eBay | latapata_house | 165243271879 |
| 614 | eBay | lendj33 | 174930551152 |
| 614 | eBay | lendj33 | 175020261781 |
| 615 | eBay | liangn_zn | 334424398370 |
| 616 | eBay | liling-81 | 325052951198 |
| 617 | eBay | limeishangmaoyouxiangongsi | 313842497206 |
| 618 | eBay | lineswish2016 | 175267076793 |
| 618 | eBay | lineswish2016 | 175210310682 |
| 619 | eBay | lisheng2020 | 353962014956 |
| 620 | eBay | lk2015_asee | 334151947331 |
| 621 | eBay | lycuiesi | 313886404165 |
| 622 | eBay | lynnlynnseven | 234255333202 |
| 623 | eBay | maxidea_aus | 125307976487 |
| 624 | eBay | melonluu_1 | 384556041325 |
| 624 | eBay | melonluu_1 | 384639137052 |
| 625 | eBay | mohhus-77 | 194210761489 |
| 626 | eBay | mxqtech | 195016054565 |
| 627 | eBay | naselegancia4 | 284713370274 |
| 628 | eBay | nguy_86 | 174938372194 |

| 629 | eBay | nifty999 | 304365129297 |
|-----|------|----------|--------------|
| 630 | eBay | nqbestshop | 353618658170 |
| 631 | eBay | onewaihi88 | 373701105341 |
| 632 | eBay | operastart14 | 284459955045 |
| 633 | eBay | ouyou2010 | 144087226412 |
| 634 | eBay | perfect_choice_mart | 125009059673 |
| 635 | eBay | perfectat | 354022228995 |
| 636 | eBay | pick_more | 393597011009 |
| 637 | eBay | portable4you | 185241906580 |
| 638 | eBay | progadgetstore | 224765043414 |
| 639 | eBay | qisheng6683 | 334339242836 |
| 640 | eBay | rainbow-printer | 304455528040 |
| 640 | eBay | rainbow-printer | 304162661644 |
| 641 | eBay | rc-electronicslk | 363749248395 |
| 642 | eBay | rfud69 | 403644674411 |
| 643 | eBay | rjjzv_95 | 353964136897 |
| 644 | eBay | rojjer | 353944589233 |
| 645 | eBay | rumourcheng | 403631792418 |
| 646 | eBay | sach.store | 174846629223 |
| 647 | eBay | seeinn | 255467085009 |
| 647 | eBay | seeinn | 255474714305 |
| 648 | eBay | shoppingg_joy | 304259489996 |
| 649 | eBay | siyuanele | 203751495647 |
| 650 | eBay | smartbuyer23 | 194362139380 |
| 651 | eBay | smtchihk188 | 304456578242 |
| 652 | eBay | snexpress-lanka | 384158900304 |
| 653 | eBay | snwin_products_store | 393597260082 |
| 654 | eBay | sofya_store | 403467967175 |
| 655 | eBay | sorfhard | 115285619453 |
| 656 | eBay | sportuksy | 203730726880 |
| 657 | eBay | starsalesau | 254996077495 |
| 658 | eBay | stop_bid | 165409360140 |
| 658 | eBay | stop_bid | 165368980349 |
| 659 | eBay | storekrishan01 | 393570757521 |
| 660 | eBay | stpower-0128 | 384208393371 |
| 661 | eBay | strikingseller-010 | 334347656192 |
| 661 | eBay | strikingseller-010 | 334348210187 |
| 662 | eBay | success_shopping_stores | 384394883594 |
| 663 | eBay | sysports2020 | 194560214333 |

| 664 | eBay | thai_mart98 | 384844558849 |
|-----|------|-------------|--------------|
| 665 | eBay | thurg74 | 175269684634 |
| 666 | eBay | toner_plaza | 284765258587 |
| 666 | eBay | toner_plaza | 284466730361 |
| 666 | eBay | toner_plaza | 284569438151 |
| 667 | eBay | trendingexclusivedeals | 313527415505 |
| 668 | eBay | unique_onlinemarket | 144047490347 |
| 669 | eBay | unopery | 265670168971 |
| 670 | eBay | uppmotorshop | 125201083227 |
| 670 | eBay | uppmotorshop | 115293946006 |
| 670 | eBay | uppmotorshop | 125201083333 |
| 671 | eBay | ushan033 | 184923628612 |
| 672 | eBay | veroal_9 | 284807845586 |
| 673 | eBay | vishachamo0 | 313752892422 |
| 674 | eBay | vision4ulife | 384150297603 |
| 675 | eBay | wanyod_0 | 393981792104 |
| 675 | eBay | wanyod_0 | 403511566585 |
| 676 | eBay | wanyod-0 | 313882148039 |
| 677 | eBay | wegarden2017 | 265591361619 |
| 678 | eBay | wendyjoe-4 | 334397521818 |
| 678 | eBay | wendyjoe-4 | 374067914017 |
| 679 | eBay | wildzilla | 384163768894 |
| 680 | eBay | wunderbar_tm | 384150775247 |
| 681 | eBay | xiwan_562 | 115222837041 |
| 681 | eBay | xiwan_562 | 115357525464 |
| 682 | eBay | xkdpax096 | 203945848166 |
| 683 | eBay | xyuwmg6-13 | 384835788035 |
| 684 | eBay | xyyrpp_48 | 284548778086 |
| 685 | eBay | yishengzhang | 313720248691 |
| 686 | eBay | yiwushiganduodianzi-0 | 374071174946 |
| 687 | eBay | yiwushishiduoshan_0 | 354058795404 |
| 688 | eBay | ynaan | 384863889312 |
| 689 | eBay | younicestore | 224969233360 |
| 690 | eBay | yu2er28 | 334287687028 |
| 691 | eBay | yudazdeal | 203733228863 |
| 691 | eBay | yudazdeal | 203803523425 |
| 691 | eBay | yudazdeal | 203803520167 |
| 692 | eBay | yudhu77_00 | 165438509519 |
| 692 | eBay | yudhu77_00 | 165623861143 |

| 693 | eBay | zanalch-0 | 284746157322 |
|-----|------|-----------|--------------|
| 694 | eBay | zhl2033 | 373638743478 |
| 695 | eBay | zhongelesales | 353796345739 |
| 696 | eBay | zhouwu21 | 354067757447 |
| 697 | Joom | Top | 61237f0f3e712901c38ad13f |
| 698 | Joom | Life Convenience Station | 61c19cac14d510017324c19c |
| | | | |
| 705 | Shopify | coffeestrict.com | flip-n-slide-5-gallon-bucket-mouse-trap-water-bucket-lid-drop-in-rat-trap=1 |
| 705 | Shopify | coffeestrict.com | flip-n-slide-5-gallon-bucket-mouse-trap-water-bucket-lid-drop-in-rat-trap=2 |
| 705 | Shopify | coffeestrict.com | flip-n-slide-5-gallon-bucket-mouse-trap-water-bucket-lid-drop-in-rat-trap=3 |
| 705 | Shopify | coffeestrict.com | flip-n-slide-5-gallon-bucket-mouse-trap-water-bucket-lid-drop-in-rat-trap=4 |
| | | | |
| 707 | Shopify | giftsbite.com | fliptrap-flip-and-slide-bucket-lid-mouse-trap |
| 708 | Shopify | lozaor.myshopify.com | 40605505945758 |
| 708 | Shopify | lozaor.myshopify.com | 40605505880222 |
| 708 | Shopify | lozaor.myshopify.com | 40605505912990 |
| 709 | Shopify | peekwise.com | flip-n-slide-bucket-lid-mouse-trap |
| 710 | Shopify | riverinatraps.com | double-door-bucket-lid-smart-mouse-trap |
| 710 | Shopify | riverinatraps.com | flip-n-slides-smart-mouse-trap-door |
| 711 | Shopify | tcgjmall.com | mouse-traps-bucket-reusable-flip-mice-traps-indoor-outdoor-humane-rat-lid-trap |
| 711 | Shopify | tcgjmall.com | mouse-trap-rat-trap-for-outdoor-indoor-mouse-trap-with-flip-bucket-lid-without- |

| | | | barrel-5-gallon-bucket-compatible |
|---|---|---|---|
| 711 | Shopify | tcgjmall.com | flip-lid-mouse-trap-humane-or-lethal-trap-door-style |
| 712 | Shopify | woodworking-arts.com | flip-n-slide-bucket-lid-mouse-trap-rinnetraps |





| 715 | Walmart | Better and Easy Life | 637603230 |
|---|---|---|---|
| 715 | Walmart | Better and Easy Life | 477811992 |
| 716 | Walmart | Beauty Mall | 404708653 |
| 716 | Walmart | Beauty Mall | 549185421 |
| 716 | Walmart | Beauty Mall | 673982104 |
| 717 | Walmart | UR BEST CHOICE | 432989053 |
| 717 | Walmart | UR BEST CHOICE | 314775269 |
| 717 | Walmart | UR BEST CHOICE | 761214136 |
| 718 | Walmart | Cool BUY | 827942663 |
| 718 | Walmart | Cool BUY | 844364910 |
| 718 | Walmart | Cool BUY | 738443834 |
| 719 | Walmart | Exclusive OutLet | 834754058 |
| 719 | Walmart | Exclusive OutLet | 522879532 |
| 720 | Walmart | Wonderful buy | 408137131 |
| 720 | Walmart | Wonderful buy | 282872162 |
| 721 | Walmart | GearUP Store | 811117416 |
| 721 | Walmart | GearUP Store | 771401210 |
| 721 | Walmart | GearUP Store | 261562524 |
| 722 | Walmart | ArtmyHome | 957277254 |

| 722 | Walmart | ArtmyHome | 482970482 |
|---|---|---|---|
| 722 | Walmart | ArtmyHome | 788405426 |
| 723 | Walmart | Free Choice | 168092315 |
| 723 | Walmart | Free Choice | 396294196 |
| 724 | Walmart | Techonline | 967705108 |
| 724 | Walmart | Techonline | 562786235 |
| 724 | Walmart | Techonline | 265609545 |
| 725 | Walmart | SHANG HAI BAO YU ELECTRONIC BUSINESS CO LTD | 312891981 |
| 726 | Walmart | LesoGood Shop | 615053566 |
| 726 | Walmart | LesoGood Shop | 626373970 |
| 726 | Walmart | LesoGood Shop | 286604546 |
| 727 | Walmart | Electronicstore | 573057975 |
| 727 | Walmart | Electronicstore | 741161631 |
| 728 | Walmart | Guangzhou Yimeihua Boutique Co., Ltd. | 210545641 |
| 729 | Walmart | Shining Miledi | 483379893 |
| 729 | Walmart | Shining Miledi | 873225484 |
| 730 | Walmart | ONLENY | 774882720 |
| 731 | Walmart | JiAnDa | 693522368 |
| 733 | Walmart | JUST CLEARANCE | 670482393 |
| 734 | Walmart | Timesaver | 272130040 |
| 734 | Walmart | Timesaver | 591765279 |
| 735 | Walmart | Sennow | 436706451 |
| 736 | Walmart | Dowell Network | 114457729 |

| 737 | Walmart | YISHUDIANZI | 163014331 |
|-----|---------|-------------|-----------|
| 738 | Walmart | GOTYDI INC | 723195897 |
| 739 | Walmart | sigeshangmao | 657021550 |
| 739 | Walmart | sigeshangmao | 263891717 |
| 739 | Walmart | sigeshangmao | 145755597 |
| 739 | Walmart | sigeshangmao | 156083186 |
| 739 | Walmart | sigeshangmao | 660422152 |
| 740 | Walmart | Guangzhoukalelimaoyiyouxiangongsi | 229389043 |
| 741 | Walmart | PIX-LINK | 595305963 |
| 741 | Walmart | PIX-LINK | 948425609 |
| 741 | Walmart | PIX-LINK | 800899616 |
| 741 | Walmart | PIX-LINK | 890504891 |
| 741 | Walmart | PIX-LINK | 451873319 |
| 742 | Walmart | Jaspee | 815311752 |
| 742 | Walmart | Jaspee | 843294290 |
| 742 | Walmart | Jaspee | 533206421 |
| 742 | Walmart | Jaspee | 311165289 |
| 742 | Walmart | Jaspee | 266913967 |
| 743 | Walmart | DDONG | 751537231 |
| 744 | Walmart | Caitzr | 779671230 |
| 744 | Walmart | Caitzr | 452185336 |
| 745 | Walmart | Fushanshiaidierheerwangluokejiyouxiangongsi | 432446193 |
| 745 | Walmart | Fushanshiaidierheerwangluokejiyouxiangongsi | 894966928 |
| 746 | Walmart | Belita Amy | 616736555 |
| 746 | Walmart | Belita Amy | 437807910 |
| 746 | Walmart | Belita Amy | 447634868 |
| 747 | Walmart | shenzhenshiyishengyangdianzishangwuyouxiangongsi | 790828961 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 197194776 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 536984377 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 483462260 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 264691684 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 558200333 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 633973659 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 746785659 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 254352916 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 674579962 |
| 748 | Walmart | ShenZhenRuiTaiRuKeJiYouXianGongSi | 305565359 |
| 749 | Walmart | HEITIGN | 635945049 |

| 750 | Walmart | Wanhui | 651248259 |
|---|---|---|---|
| 751 | Walmart | LDYSO | 886243033 |
| 752 | Walmart | TAWOHI | 348102194 |
| 752 | Walmart | TAWOHI | 720043454 |
| | | | |
| 754 | Walmart | Shapeueng | 732060927 |
| 754 | Walmart | Shapeueng | 744582565 |
| 754 | Walmart | Shapeueng | 461189534 |
| 754 | Walmart | Shapeueng | 671665759 |
| 754 | Walmart | Shapeueng | 179367700 |
| 754 | Walmart | Shapeueng | 746141472 |
| 755 | Walmart | MYTAKEND | 406883999 |
| 756 | Walmart | dongguanshiyoushenggongyinglianguanliyouxiangongsi | 621154962 |
| 756 | Walmart | dongguanshiyoushenggongyinglianguanliyouxiangongsi | 523239702 |
| 756 | Walmart | dongguanshiyoushenggongyinglianguanliyouxiangongsi | 619145230 |
| 756 | Walmart | dongguanshiyoushenggongyinglianguanliyouxiangongsi | 761619685 |
| 757 | Walmart | ShenZhenShiChuangFengXianKeJiYouXianGongSi | 671367298 |
| 757 | Walmart | ShenZhenShiChuangFengXianKeJiYouXianGongSi | 189681246 |
| 757 | Walmart | ShenZhenShiChuangFengXianKeJiYouXianGongSi | 547394468 |
| 758 | Walmart | Minchun | 990911152 |
| 758 | Walmart | Minchun | 847973084 |
| 759 | Walmart | YiHaiTaiJiaJu | 220782366 |
| 759 | Walmart | YiHaiTaiJiaJu | 464158088 |
| 759 | Walmart | YiHaiTaiJiaJu | 281270517 |
| 759 | Walmart | YiHaiTaiJiaJu | 915813342 |
| 759 | Walmart | YiHaiTaiJiaJu | 461230780 |
| 760 | Walmart | unattainy | 358928902 |
| 760 | Walmart | unattainy | 315130547 |

| 761 | Walmart | shenzhenshipaixuankejiyouxiangongsi | 680333965 |
| 762 | Walmart | AweSitey | 939701094 |
| 762 | Walmart | AweSitey | 532750333 |
| 762 | Walmart | AweSitey | 261979963 |
| 763 | Walmart | maytalsoy | 163617396 |
| 763 | Walmart | maytalsoy | 570476501 |
| 763 | Walmart | maytalsoy | 538586599 |
| 764 | Walmart | shenzhenshishilongwangluokejiyouxiangongsi | 265756303 |
| 764 | Walmart | shenzhenshishilongwangluokejiyouxiangongsi | 126398901 |
| 764 | Walmart | shenzhenshishilongwangluokejiyouxiangongsi | 729828943 |
| 765 | Walmart | decodean | 772231678 |
| 765 | Walmart | decodean | 696492007 |
| 765 | Walmart | decodean | 562765971 |
| 765 | Walmart | decodean | 876557020 |
| 765 | Walmart | decodean | 613913928 |
| 766 | Walmart | Quality Life Store | 723238219 |
| 766 | Walmart | Quality Life Store | 644640730 |
| 766 | Walmart | Quality Life Store | 302555955 |
| 767 | Walmart | shenzhen jier maoyi youxiangongsi | 835764538 |
| 767 | Walmart | shenzhen jier maoyi youxiangongsi | 599779632 |
| 767 | Walmart | shenzhen jier maoyi youxiangongsi | 642832617 |
| 767 | Walmart | shenzhen jier maoyi youxiangongsi | 794343581 |
| 768 | Walmart | jinyi | 347821513 |
| 768 | Walmart | jinyi | 369927122 |
| 768 | Walmart | jinyi | 357593190 |
| 768 | Walmart | jinyi | 503971609 |
| 768 | Walmart | jinyi | 272554868 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 328926251 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 873334390 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 149338645 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 371315976 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 641582195 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 129227109 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 268657340 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 445982456 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 462123218 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 827380027 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 822728028 |
| 769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi | 883757120 |

| 770 | Walmart | Mocui | 293234899 |
|-----|---------|-------|-----------|
| 771 | Walmart | JUNGEN CO.,LIMITED | 556913139 |
| 772 | Walmart | Saving Store | 470119562 |
| 773 | Wish | lehang8899 | 60c1d24fc155536fa9357dc9 |
| 774 | Wish | beijing zhong xin jie chuang Tech Co.,ltd | 60c09b90b612de9ee3feb1a4 |
| 775 | Wish | mummy | 60c1d2309e45c004670bf406 |
| 776 | Wish | X-TECH | 60ac8b79efea9dc290cf049f |
| 777 | Wish | Allstore | 60e429e87170a1d2e8061099 |
| 778 | Wish | Meely Boutique | 60e95a36592068def3fd138b |
| 779 | Wish | Tonight-stars | 60c1add61831e9aa939b7d4d |
| 780 | Wish | nationalshopping | 6138ae9f069d8532c29b63ea |
| 781 | Wish | JOEKOL | 61dd49f5d025f5470606c380 |
| 782 | Wish | idealhereqq | 61600f4ba5c8f97afd4c40de |
| 783 | Wish | xufenfenhe | 610b5db5308455408f5a2394 |
| 784 | Wish | wung | 60d2c4fb54d6484762df524c |
| 785 | Wish | jiangxiao_0 | 60b9d8679e8314c6cc3ae774 |
| 786 | Wish | aiai786 | 60fe4fc7ae83ef980e79521c |
| 787 | Wish | yangqiuyun | 6163d8289d2f882665735886 |
| 788 | Wish | moyudedian | 615eba53562f5076cfa56cc7 |
| 789 | Wish | JennaShop | 60ac9b151c57c6fbe7a61ff2 |
| 790 | Wish | jiel | 609a42c99f5e69a6126d8364 |
| 791 | Wish | xiawei | 61bc077b519ad1841c26f5b1 |
| 792 | Wish | hailanfengqing | 616119e4ff41fe0080c290d3 |
| 793 | Wish | liuxinwen | 622c5d3bd7e676034ffc22d7 |
| 794 | Wish | lushanzhenmbu | 6180b781d220e4a31caf1660 |
| 795 | Wish | daiwu2019 | 60c1d1f3859884694f7eaa02 |
| 796 | Wish | Linqinqin23 | 61920a3f21db538fadefd3f1 |
| 797 | Wish | tht | 61e6291f9a6ad458b8f16d7f |
| 798 | Wish | we9b8hftl2 | 615d4f9c4a30b3ef062c18fe |
| 799 | Wish | ShiduilianyiiJy | 614d76672d4b27175041746f |
| 799 | Wish | ShiduilianyiiJy | 60dfde36353ef4c2e0a91f11 |
| 800 | Wish | Miss Yao's shop | 60db33ff4dcca11948bee553 |
| 801 | Wish | Simplives | 60b9a43c4fef4f00461da85a |
| 802 | Wish | yuanjianac | 612f1bc4f71ded1087ec4baa |
| 803 | Wish | codieaofaskf | 6165a6ab22985a733c4939ae |
| 804 | Wish | SKFBOSFU VSNV54651 | 625a31bb80da1efc06a9d07d |
| 805 | Wish | Qinegren Yiher | 614c2a89b0aa22ad68a81f54 |
| 806 | Wish | Sound Advice | 6148d0f5ad89063ed3dfcbea |
| 807 | Wish | yananzaicongtai | 60ab73056a783f8c87af9403 |

| 808 | Wish | zwspdaka | 61370fd9099987d3b780d308 |
| 809 | Wish | LYH2628 | 60cb6e0c9e33cc2a176c9cfe |
| 810 | Wish | EUhomerce | 617fcde851ae45242cf721cb |
| 811 | Wish | Electro los rapidos | 614dc1f6b993b3299da6597e |
| 812 | Wish | MarilynShoppingCenter | 61533b05f6be203f873435ac |
| 813 | Wish | Tauro fine | 61533ace843255776179a6ca |
| 814 | Wish | CalzadosShop GINA | 617c8a6d6a94e7b05704955d |
| 815 | Wish | Comercial Mis Cinco Hijos | 6169a421379f44df1e5aa7cb |
| 816 | Wish | Aragua5 | 617e20303e3c0f16b4254e8f |
| 816 | Wish | Aragua5 | 617e00ef0a60582b8ae24650 |
| 817 | Wish | FdazgyQ0048 | 617aa1bbca20004bdf782138 |
| 817 | Wish | FdazgyQ0048 | 6173d37fda6cfa1568ebaa88 |
| 818 | Wish | Chikens Crew Tu Paladar | 61b07d30d3ec59fb2b34c3bd |