# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JOHN DOE,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.

Case No. 22-cv-5808

**Judge Mary M. Rowland**

**Magistrate Judge Jeffrey Cole**

## UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT

Pursuant to the parties' settlement agreement, Plaintiff hereby moves this Court for entry of the Consent Judgment (attached hereto) for the Defendants listed in the table below.

| Def. No. | Marketplace | Defendant / Store Name or Alias |
|---|---|---|
| #739 | Walmart | sigeshangmao |
| #744 | Walmart | Caitzr |
| #747 | Walmart | shenzhenshiyishengyangdianzishangwuyouxiangongsi |
| #750 | Walmart | Wanhui |
| #764 | Walmart | shenzhenshishilongwangluokejiyouxiangongsi |
| #767 | Walmart | shenzhen jier maoyi youxiangongsi |
| #769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi |

January 3, 2023

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. Lasalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
ds@saperlaw.com
brandon@saperlaw.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JOHN DOE,

        Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.

Case No. 22-cv-5808

**Judge Mary M. Rowland**

**Magistrate Judge Jeffrey Cole**

**CONSENT JUDGMENT**

This action having been commenced by Plaintiff Rinne Corp. ("Plaintiff") against Defendants listed in the table below ("Defendants"). Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint.

| Def. No. | Marketplace | Defendant / Store Name or Alias |
|---|---|---|
| #739 | Walmart | sigeshangmao |
| #744 | Walmart | Caitzr |
| #747 | Walmart | shenzhenshiyishengyangdianzishangwuyouxiangongsi |
| #750 | Walmart | Wanhui |
| #764 | Walmart | shenzhenshishilongwangluokejiyouxiangongsi |
| #767 | Walmart | shenzhen jier maoyi youxiangongsi |
| #769 | Walmart | chengdulijingyaxiumaoyiyouxiangongsi |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly targets their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and has used infringing and counterfeit versions of the FLIP N SLIDE Trademarks and using

infringing copies of Plaintiff's copyrighted marketing material (collectively, the "Unauthorized FLIP N SLIDE Products") to residents of Illinois. The FLIP N SLIDE Trademarks are included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 6,693,037 | FLIP N' SLIDE | 021 |
| 6,693,631 | FLIP N SLIDE | 021 |

THIS COURT FURTHER FINDS that Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. § 101).

IT IS HEREBY ORDERED that:

1.      Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with it be permanently enjoined and restrained from:

a.      using the FLIP N SLIDE Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine FLIP N SLIDE product or not authorized by Plaintiff to be sold in connection with the FLIP N SLIDE Trademarks;

b.      passing off, inducing, or enabling others to sell or pass off any product as a genuine FLIP N SLIDE product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the FLIP N SLIDE Trademarks;

c.      committing any acts calculated to cause consumers to believe that Defendant's Unauthorized FLIP N SLIDE Products are those sold under the authorization, control or

supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d.     further infringing the FLIP N SLIDE Trademarks;

    e.     manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the FLIP N SLIDE Trademarks; and

    f.     reproducing, publicly displaying, distributing, or otherwise further infringing Rinne's copyrights in the Plaintiff's copyrighted marketing material asserted in the Complaint.

2.    Pursuant to the parties' settlement agreement, Defendant shall pay Plaintiff sixteen thousand eight hundred eighty-one dollars ($16,881) in total damages (the "Damages Amount").

3.    Walmart Inc. ("Walmart") is ordered to transfer the Damages Amount from Defendant's account to Plaintiff within seven (7) calendar days of receipt of this Order.

4.    Upon Walmart's transfer of Damages Amount to Plaintiff pursuant to paragraph 3, Walmart shall remove any restraints that were placed on Defendant's e-commerce store and financial account pursuant to the Temporary Restraining Order [ECF 28] and Preliminary Injunction Order [ECF 37].

5.    This case is dismissed with leave to reinstate within one hundred and eighty (180) days, at such time, absent a motion to reinstate, shall automatically convert to a dismissal with prejudice.

6.    Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED:

Dated: _____

_____

Mary M. Rowland
United States District Judge