# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RINNE CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 22-cv-5808<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey Cole** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 14, 2023 (Dkt. No. 88) in favor of Plaintiff and against the Defendants Identified in Schedule A attached thereto. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant No. | Defendant/Store Name or Alias |
|---|---|
| #467 | STAH STORE |
| #705 | coffeestrict[dot]com |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendant is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: February 23, 2023

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. LaSalle, Suite 60654
Chicago, Illinois 60654

(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to the e-mail addresses provided for Defendant by third parties.

*/s/ Brandon Beymer*
Brandon Beymer