IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RINNE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 22-cv-5808<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFF'S MOTION TO RECONSIDER THE DEFAULT JUDGMENT AMOUNT**

    Plaintiff Rinne Corp. ("Plaintiff"), by and through its undersigned counsel, hereby moves this Honorable Court to reconsider the amount of relief in the Court's recent Default Judgment Order (Dkt 122), and in support thereof, states as follows:

    1.    Plaintiff's first Motion for Entry of Default and Default Judgment and accompanying memorandum (Dkt 81 & 82) (collectively the "Frist Default Motion") requested an award of $250,000 per defaulting Defendant for the defaulting Defendants' willful trademark counterfeiting/infringement and a further award of $150,000 per defaulting Defendant for the defaulting Defendants' willful copyright infringement.

    2.    On February 14, 2023, this Court granted Plaintiff's First Motion in part, and in the Default Judgment Order (Dkt 88) adjusted the awards outlined above to $50,000 and $25,000 respectively.

    3.    Plaintiff recently filed a second Motion for Entry of Default and Default Judgment and accompanying memorandum (Dkt 119 & 120) (collectively the "Second Default Motion") and requested the same reduced awards that this Court included in the Order entered pursuant to

Plaintiff's First Default Motion. Plaintiff purposefully asked for the same award previously granted by the Court as to be consistent among all Defendants in this matter.

4. The facts as to the Default Defendants identified in Plaintiff's Second Default Motion are the same or substantially similar to those of the defaulting Defendants identified in Plaintiff's First Default Motion. In other words, there is nothing different about these Defaulting Defendants and the previously defaulted Defendants that would justify different Default Judgment awards.

THEREFORE, Plaintiff urges this Court to reconsider the award amounts of $5,000 per Defaulting Defendant for the Defaulting Defendants' willful trademark counterfeiting/infringement and of $2,000 per Defaulting Defendant for the Defaulting Defendants' willful copyright infringement and enter an amended default judgment order with the same $50,000 and $25,000 awards contained in the first Default Judgment Order.

Date: June 9, 2023

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. Lasalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2023, I electronically filed the foregoing with the Court using the CM/ECF system, and I will serve Defendants with this Motion and Memorandum through email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer
