**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

John Doe, et al.

                              Plaintiff,

v.                                                               Case No.:
1:22−cv−05808

                                                                    Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 16, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In−person motion hearing held. For the reasons stated on the record, Plaintiff's motion to reconsider the default judgment amount [123] is granted. The court vacates Default Judgment Order entered on 6/8/23 [122]. Plaintiff shall send a new proposed default judgment order to the court's proposed order mailbox by 7/10/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.